**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

OSCAR AMILCAR DELGADO MEJIA,
Petitioner,

v.

WARDEN,
Moshannon Valley ICE Processing Center, *et al.*,

Respondents.

Civil Action No.: 3:26-cv-01190-NR

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**
**OF DAISY LAMPTEY-FIANKO**

Upon Consideration of the *Motion for Admission Pro Hac Vice* filed by Daisy Lamptey-Fianko, Counsel for Petitioner Oscar Amilcar Delgado Mejia:

IT IS HEREBY ORDERED that the Motion is GRANTED.

**DONE AND ORDERED this 24th day of June, 2026.**

s/ J. Nicholas Ranjan
United States District Judge